UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

AMJAD MUTIE KATTOM            CIVIL ACTION NO. 25-1497 SEC P
#045227170

VERSUS                       JUDGE EDWARDS

PAMELA BONDI ET AL           MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

Before the Court is the Report and Recommendation of the Magistrate Judge (R. Doc. 25), the written objections thereto filed by Respondents (R. Doc. 26), and the response to the objections filed by Petitioner (R. Doc. 27). The Court has completed a *de novo* review of the record and finds that judgment as recommended by the Magistrate Judge is warranted. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (R. Doc. 1) filed by Petitioner Amjad Mutie Kattom is **GRANTED** and Petitioner be released on the same conditions previously imposed.

**THUS DONE AND SIGNED** in Chambers this 6th day of March, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE